(79 South. 143)

MULLINAX v. STATE. (7 Div. 539.)

(Court of Appeals of Alabama. June 29, 1918.)

CRIMINAL LAW ⬖1094 — APPEAL — MATTERS REVIEWABLE.

Where no bills of exception have been filed, conviction will be affirmed, where no error is apparent in the record.

Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge.

Gus Mullinax was convicted for buying, receiving, concealing, etc., stolen property, and he appeals. Affirmed.

J. S. Franklin, of Gadsden, for appellant. F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. The defendant was indicted for grand larceny, and for buying, receiving, concealing, etc., stolen property, (felony), was convicted for the latter offense, and sentenced to imprisonment in the penitentiary for a term of five years.

This appeal is on the record proper, without a bill of exceptions, and shows regular proceedings and judgment of conviction, finding the defendant guilty as above, following the verdict of the jury. The record also shows a sentence imposed upon the defendant, sentencing him to a term of imprisonment in the penitentiary as provided by law. The certificate of the trial judge shows that the time for filing a bill of exceptions expired, and none has been presented or filed.

There is no error apparent in the record; therefore the judgment of conviction is affirmed.

Affirmed.

(79 South. 143)

DANIELS v. STATE. (8 Div. 568.)

(Court of Appeals of Alabama. June 11, 1918.)

CRIMINAL LAW ⬖1017—APPEALS—JURISDICTION.

Under Loc. Acts 1915, p. 383, § 7½, appeals may be made direct to Appellate Court from conviction of vagrancy in inferior criminal court of Madison county.

Appeal from Criminal Court, Madison County; J. W. B. Hawkins, Judge.

Carry Daniels was convicted of vagrancy, and she appeals. Affirmed.

F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. The defendant was convicted of vagrancy in the inferior criminal court of Madison county, created by the act approved September 16, 1915. Section 7½ of that act authorizes appeals direct to this court. Loc. Acts 1915, p. 383.

The appeal is on the record, without a bill of exceptions, and the proceedings and judgment of the court appear to be in all things regular.

Affirmed.